30 So.3d 674 (2010)
Stacy Bernard BROWN, Appellant,
v.
STATE of Florida, Appellee.
No. 1D08-3051.
District Court of Appeal of Florida, First District.
March 19, 2010.
Nancy A. Daniels, Public Defender, and Gail E. Anderson, Assistant Public Defender, Tallahassee, for Appellant.
Bill McCollum, Attorney General, and Meredith Charbula, Assistant attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. Lockhart v. McCree, 476 U.S. 162, 106 S.Ct. 1758, 90 L.Ed.2d 137 (1986); San Martin v. State, 717 So.2d 462 (Fla.1998).
HAWKES, C.J., ROBERTS and CLARK, JJ., concur.